UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re TRENT GRADY, SR., | No. C 11-1913 PJH (PR) |
| Plaintiff. | **ORDER OF DISMISSAL** |

This case was opened when plaintiff wrote a letter to the court regarding a purported violation of his rights in a disciplinary hearing. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"). He was allowed thirty days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

No response has been received. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: June 3, 2011.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\CR.11\GRADY1913.DSM.wpd